IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02556-WJM-MJW

LORRAINE M. RAMOS,
CONSTANCE R. WILLIAMSON,
KAREN F. MCLEOD,
ROBERT MOFFITT,
CHERLENE M. GOODALE,
LINDA ANN HEYRMAN, and
DELRI HANSON,
*individually and as representatives of a class of plan participants, on behalf of the
Banner Health Employees 401(k) Plan,*

Plaintiffs,

v.

BANNER HEALTH,
BANNER HEALTH BOARD OF DIRECTORS,
LAREN BATES,
WILFORD A. CARDON,
RONALD J. CREASMAN,
GILBERT DAVILA,
WILLIAM M. DWYER,
PETER S. FINE,
SUSAN B. FOOTE,
MICHAEL J. FRICK,
MICHAEL GARNREITER,
RICHARD N. HALL,
BARRY A. HENDIN,
DAVID KIKUMOTO,
LARRY S. LAZARUS,
STEVEN W. LYNN,
ANNE MARIUCCI,
MARTIN L. SHULTZ,
MARK N. SKLAR,
QUENTIN P. SMITH, JR.,
CHRISTOPHER VOLK,
CHERYL WENZINGER,
BANNER HEALTH RETIREMENT PLANS ADVISORY COMMITTEE, and
JOHN DOES 1–20,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

  It is hereby ORDERED that the Unopposed Motion for Entry of Stipulated Protective Order Concerning Confidential Information (docket no.27) is GRANTED finding good cause shown.  The written Stipulated Protective Order Concerning Confidential Information (docket no. 27-1) is APPROVED and made an Order of Court.

Date: February 3, 2016