IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02556-WJM-MJW

LORRAINE M. RAMOS,
CONSTANCE R. WILLIAMSON,
KAREN F. MCLEOD,
ROBERT MOFFITT,
CHERLENE M. GOODALE,
LINDA ANN HEYRMAN, and
DELRI HANSON,
*individually and as representatives of a class of plan participants, on behalf of the Banner Health Employees 401(k) Plan,*

Plaintiffs,

v.

BANNER HEALTH,
BANNER HEALTH BOARD OF DIRECTORS,
LAREN BATES,
WILFORD A. CARDON,
RONALD J. CREASMAN,
GILBERT DAVILA,
WILLIAM M. DWYER,
PETER S. FINE,
SUSAN B. FOOTE,
MICHAEL J. FRICK,
MICHAEL GARNREITER,
RICHARD N. HALL,
BARRY A. HENDIN,
DAVID KIKUMOTO,
LARRY S. LAZARUS,
STEVEN W. LYNN,
ANNE MARIUCCI,
MARTIN L. SHULTZ,
MARK N. SKLAR,
QUENTIN P. SMITH, JR.,
CHRISTOPHER VOLK,
CHERYL WENZINGER,
BANNER HEALTH RETIREMENT PLANS ADVISORY COMMITTEE, and
JOHN DOES 1–20,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Defendants' Unopposed Motion for Entry of Stipulation and Order for Discovery of Hard Copy Documents and Electronically Stored Information (docket no. 31) is GRANTED finding good cause shown.  The written Stipulation and Order for Discovery of Hard Copy Documents and Electronically Stored Information (docket no. 31-1) is APPROVED and made an Order of Court.

Date: February 24, 2016