IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02556-WJM-MJW

LORRAINE M. RAMOS,
CONSTANCE R. WILLIAMSON,
KAREN F. MCLEOD,
ROBERT MOFFITT,
CHERLENE M. GOODALE,
LINDA ANN HEYRMAN, and
DELRI HANSON,
*individually and as representatives of a class of plan participants, on behalf of the
Banner Health Employees 401(k) Plan,*

Plaintiffs,

v.

BANNER HEALTH,
BANNER HEALTH BOARD OF DIRECTORS,
LAREN BATES,
WILFORD A. CARDON,
RONALD J. CREASMAN,
GILBERT DAVILA,
WILLIAM M. DWYER,
PETER S. FINE,
SUSAN B. FOOTE,
MICHAEL J. FRICK,
MICHAEL GARNREITER,
RICHARD N. HALL,
BARRY A. HENDIN,
DAVID KIKUMOTO,
LARRY S. LAZARUS,
STEVEN W. LYNN,
ANNE MARIUCCI,
MARTIN L. SHULTZ,
MARK N. SKLAR,
QUENTIN P. SMITH, JR.,
CHRISTOPHER VOLK,
CHERYL WENZINGER,
BANNER HEALTH RETIREMENT PLANS ADVISORY COMMITTEE, and
JOHN DOES 1–20,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion for Leave to Withdraw Appearance of Joseph C. Faucher (Docket No. 35) is GRANTED.  Joseph C. Faucher shall be permitted to withdraw as counsel for Defendants.  The Clerk of the Court is directed to remove Joseph C. Faucher from electronic notification in this matter.

Date: March 14, 2016