Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:15-cv-025560-WJM-MJW

_____

DEPOSITION OF: ROBERT B. MOFFITT - August 10, 2017

_____

LORRAINE M. RAMOS, CONSTANCE R. WILLIAMSON, KAREN F. McCLEOD, ROBERT MOFFITT, CHERLENE M. GOODALE, LINDA ANN HEYRMAN, and DELRI HANSON, individually and as representatives of a class of plan participants, on behalf of the Banner Health Employees 401(k) Plan,

Plaintiffs,

v.

BANNER HEALTH, BANNER HEALTH BOARD OF DIRECTORS, LAREN BATES, WILFORD A. CARDON, RONALD J. CREASMAN, GILBERT DAVILA, WILLIAM M. DWYER, PETER S. FINE, SUSAN B. FOOTE, MICHAEL J. FRICK, MICHAEL GARNREITER, RICHARD N. HALL, BARRY A. HENDIN, DAVID KIKUMOTO, LARRY S. LAZARUS, STEVEN W. LYNN, ANNE MARIUCCI, MARTIN L. SHULTZ, MARK N. SKLAR, QUENTIN P. SMITH, JR., CHRISTOPHER VOLK, CHERYL WENZINGER, BANNER HEALTH RETIREMENT PLANS ADVISORY COMMITTEE, BRENDA SCHAEFER, BRUCE E. PEARSON, CHARLES P. LEHN, COLLEEN HALLBERG, DAN WEINMAN, DENNIS DAHLEN, ED NIEMANN, JR., ED OXFORD, JEFF BUEHRLE, JENNIFER SHERWOOD, JULIE NUNLEY, MARGARET DEHAAN, PATRICIA K. BLOCK, PAULETTE FRIDAY, RICHARD O. SUTTON, ROBERT LUND, MICHAEL GILLEN, STEVEN L. SEILER, THOMAS R. KOELBL, and JEFFREY SLOCUM & ASSOCIATES, INC.,
Defendants.

_____

PURSUANT TO NOTICE, the deposition of ROBERT B. MOFFITT was taken on behalf of the Defendants at 1635 Foxtrail Drive, Loveland, Colorado, on August 10, 2017, at 9:54 a.m., before Lisa B. Kelly, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public within Colorado.



EXHIBIT 1

Page 78

```
 1         A.    -- as pointed out in the court documents.
 2         Q.    Right.
 3         A.    The ones they were offering at that time
 4   were much more expensive than other -- other ones from
 5   different fund families.
 6         Q.    So the Banner Health fiduciaries should
 7   have chosen the cheapest within that investment class;
 8   is that right?
 9               MR. SCHWARTZ:  Object to form.  Calls for
10   a legal conclusion.
11               MR. PEARL:  No.  I'm asking if that's
12   what his testimony was, because I think that's what
13   his testimony was.
14         A.    My testimony is they have a fiduciary
15   duty to provide the funds that are best for the class
16   members, the participants in the 401(k) plan.  And if
17   they do not do that, I think they violate their
18   fiduciary duty.
19               And I think across the board, that the
20   court documents that have been shown, that's exactly
21   what they did.  They made choices that benefited them,
22   them being Fidelity, Slocum, people that were charged
23   by Banner; and by law, to act in a fiduciary way, that
24   should have enhanced every one of the investors in the
25   plan, but they failed to do that.
```



Page 79

1      And I think just talking about this, and
2 the fact that they -- the other fund families offered
3 things that were cheaper, that basically did the same
4 dang thing, they violated their fiduciary duties.
5      Q.   (BY MR. PEARL)  You think --
6      A.   And that's why, in part, not going into
7 the relationship with the lawsuit, but since then, the
8 things that I've read that are alleged, that that's
9 the whole point of the lawsuit, will be validated or
10 invalidated.
11      I don't think the fiduciary duty was met.
12 In fact, I think it was stomped all over and beaten to
13 hell.
14      Q.   What is the basis for your testimony that
15 fiduciaries made decisions to benefit Slocum?
16      MR. SCHWARTZ:  I just remind the witness
17 not to disclose any communications between you and
18 counsel.  But otherwise, please, do feel free to
19 answer.
20      A.   Other than that, I can't.
21      Q.   (BY MR. PEARL)  You have no facts, other
22 than communications with your attorneys?
23      MR. SCHWARTZ:  Object to form.  But
24 please, go ahead.
25      A.   If written -- yes.  If written paperwork



Page 118

1  anything I wanted here.  "Please feel free to contact
2  us directly."
3           But you've got to -- you've got a giant
4  corporation.  You've got a giant fund family making
5  these decisions.  And as an individual, 1 of 30,000
6  people, I'm going to call them up and say, Can you
7  change the mix, please, to suit me?
8           I took it on face value that that's what
9  they were offering and that's what I had.  My mind
10 doesn't run that I've got enough power to influence
11 two or three giant corporations and their choices.  It
12 just didn't occur to me I could do that.
13          And as far as questions, there were -- I
14 mean, I didn't have questions, per se, about the
15 investing because I knew that or I could learn it
16 myself.
17      Q.   (BY MR. PEARL)  Do you know who you sued
18 in this case?  Do you know who the defendants are?
19      A.   Most recently, I think Banner Health and
20 Slocum has been added to it.  If I've overlooked
21 anybody, I'm not aware.  I just haven't thought of it
22 at the moment.  But it seems to me like those are the
23 defendants in the lawsuit.
24      Q.   How about the individual people that were
25 sued?  Do you know any of them?



Page 119

```
 1         A.   I know one person that was listed as a
 2   person of -- yeah, one of the defendants.
 3         Q.   Who?
 4         A.   Rick Sutton.
 5         Q.   How do you know Rick?
 6         A.   He was an administrator at Banner.  Then
 7   he became a regional director, I think, as well.  And
 8   he went from McKee to NCMC, then I believe he became a
 9   regional player.
10         Q.   Do you know him personally?
11         A.   No.
12         Q.   Just know his name?
13         A.   No.  I've met him at -- he used to have
14   some horrendously nice parties.  I met him at those.
15   And I would meet him around the hospital.  And he
16   would actually come over and talk to some of my
17   coworkers quite frequently.  But other than that, no.
18              I used to drive by his house on the
19   bicycle path.
20         Q.   Can you just take -- I don't need to mark
21   it.  Could you just take a look at the names of the
22   defendants and let me know if there's anyone else you
23   know.
24         A.   I know at least one other person there
25   by -- Peter Fine.  He's the CEO.
```

