IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:15-cv-025560-WJM-MJW

_____

DEPOSITION OF:  LORRAINE M. RAMOS - August 14, 2017

_____

LORRAINE M. RAMOS, CONSTANCE R. WILLIAMSON, KAREN F.
McCLEOD, ROBERT MOFFITT, CHERLENE M. GOODALE, LINDA
ANN HEYRMAN, and DELRI HANSON, individually and as
representatives of a class of plan participants, on
behalf of the Banner Health Employees 401(k) Plan,

Plaintiffs,

v.

BANNER HEALTH, BANNER HEALTH BOARD OF DIRECTORS,
LAREN BATES, WILFORD A. CARDON, RONALD J. CREASMAN,
GILBERT DAVILA, WILLIAM M. DWYER, PETER S. FINE,
SUSAN B. FOOTE, MICHAEL J. FRICK, MICHAEL GARNREITER,
RICHARD N. HALL, BARRY A. HENDIN, DAVID KIKUMOTO,
LARRY S. LAZARUS, STEVEN W. LYNN, ANNE MARIUCCI,
MARTIN L. SHULTZ, MARK N. SKLAR, QUENTIN P. SMITH,
JR., CHRISTOPHER VOLK, CHERYL WENZINGER, BANNER HEALTH
RETIREMENT PLANS ADVISORY COMMITTEE, BRENDA SCHAEFER,
BRUCE E. PEARSON, CHARLES P. LEHN, COLLEEN HALLBERG,
DAN WEINMAN, DENNIS DAHLEN, ED NIEMANN, JR.,
ED OXFORD, JEFF BUEHRLE, JENNIFER SHERWOOD,
JULIE NUNLEY, MARGARET DEHAAN, PATRICIA K. BLOCK,
PAULETTE FRIDAY, RICHARD O. SUTTON, ROBERT LUND,
MICHAEL GILLEN, STEVEN L. SEILER, THOMAS R. KOELBL,
and JEFFREY SLOCUM & ASSOCIATES, INC.,
Defendants.

_____

PURSUANT TO NOTICE, the deposition of
LORRAINE M. RAMOS was taken on behalf of the
Defendants at 1635 Foxtrail Drive, Loveland,
Colorado, on August 14, 2017, at 8:50 a.m., before
Lisa B. Kelly, Registered Professional Reporter,
Certified Realtime Reporter, and Notary Public within
Colorado.



EXHIBIT 2

1    deposition today on behalf of Jeffrey Slocum &

2    Associates, and I would like to ask you a few

3    questions.

4              First of all, I would like to know if

5    you -- do you know -- do you have any information

6    about Jeffrey Slocum & Associates?  Do you know what

7    that company is or what it does?

8              MR. SCHWARTZ:  And I just object.  To the

9    extent the question calls for communications between

10   counsel, I would instruct you not to answer, if your

11   answer would divulge those communications.  But other

12   facts that you might have that might be responsive to

13   his question, please do, give a full answer.

14        A.    No, I do not.

15        Q.    (BY MR. BORAN)  Do you know if Jeffrey

16   Slocum & Associates is a defendant in this case?

17        A.    Yes.

18        Q.    Okay.  What do you understand the

19   allegations against Jeffrey Slocum & Associates to be?

20        A.    They were an advisor to Banner Health,

21   were paid fees to be advisors to Banner Health

22   regarding the 401(k) plan.

23        Q.    And can you talk -- can you elaborate

24   beyond that?  Can you tell me specifically what your

25   claim against Jeffrey Slocum & Associates is in this



 1    case?

 2                MR. SCHWARTZ:  Object.  Asked and

 3    answered.  But please, do go ahead.

 4           A.    No.  I would rather not.  I mean, I would

 5    defer you to my -- to my lawyer for that.

 6           Q.    (BY MR. BORAN)  So are you able to, from

 7    your -- from your position personally, not anything

 8    your lawyer told you, but can you provide any facts

 9    that support any claim that you have against Jeffrey

10    Slocum & Associates in this case?

11           A.    No.

12           Q.    Do you know what Jeffrey Slocum &

13    Associates did, with respect to the plan, if anything,

14    during the time you were an employee at Banner?

15           A.    No.

16           Q.    Do you know if Jeffrey Slocum &

17    Associates is still a service provider to the plan at

18    Banner Health?

19           A.    I do not.

20           Q.    Have you ever met anyone at Jeffrey

21    Slocum & Associates?

22           A.    Not to my knowledge.

23           Q.    Do you know whether any fees were charged

24    to your account for purposes of paying Jeffrey Slocum

25    & Associates for any services they provided?



1          A.   I do not know.

2               MR. BORAN:  I have no further questions.

3               MR. SCHWARTZ:  And I have no questions

4     for the witness.

5               MR. PEARL:  That's all.

6               MR. BORAN:  That's all, folks.

7               THE REPORTER:  Before we go off the

8     record, can I get orders on the record?

9               Same order as before?

10              MR. PEARL:  Uh-huh.

11              THE REPORTER:  Chris, do you need a copy

12    of the transcript?

13              MR. BORAN:  Same order as before,

14    assuming this is the same reporting service.

15              THE REPORTER:  It is.  And I just want to

16    follow up with you.  Sari ordered this electronic

17    transcript.  I didn't talk to him about whether or not

18    he needed scanned exhibits.  Would he like electronic

19    exhibits with that transcript?

20              MR. BORAN:  Yes, please.

21              THE REPORTER:  Okay.  That's the only

22    thing I needed to confirm with you.  Thank you.

23              MR. SCHWARTZ:  Same as before.  And we

24    will read and sign.

25              THE REPORTER:  Perfect.  Now we are off

