**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-2556-WJM-NRN

LORRAINE M. RAMOS,
CONSTANCE R. WILLIAMSON,
KAREN MCLEOD,
ROBERT MOFFITT
LINDA ANN HEYRMAN, and
DELRI HANSON, individually and as Representatives of a class of plan participants, on behalf of Banner Health Employees 401(k) Plan,

    Plaintiffs,

v.

BANNER HEALTH,
BANNER HEALTH BOARD OF DIRECTORS,
BANNER HEALTH RETIREMENT PLANS ADVISORY COMMITTEE,
LAREN BATES,
WILFORD A. CARDON,
RONALD J. CREASMAN,
GILBERT DAVILA,
PETER S. FINE,
SUSAN B. FOOTE,
MICHAEL J. FRICK,
MICHAEL GARNREITER,
BARRY A. HENDIN,
DAVID KIKUMOTO,
LARRY S. LAZARUS,
STEVEN W. LYNN,
ANNE MARIUCCI,
QUENTIN P. SMITH, JR.,
CHRISTOPHER VOLK,
CHERYL WENZINGER,
BRENDA SCHAEFER,
CHARLES P. LEHN,
COLLEEN HALLBERG,
DAN WEINMAN,
DENNIS DAHLEN,
ED NIEMANN, JR.,
ED OXFORD,
JEFF BUEHRLE,
JENNIFER SHERWOOD,
JULIE NUNLEY,

MARGARET DEHAAN,
PATRICIA K. BLOCK,
PAULETTE FRIDAY,
RICHARD O. SUTTON,
ROBERT LUND, and
THOMAS R. KOELBL,

      Defendants.

## FINAL JUDGMENT

THIS MATTER was tried to the Court for 8 days beginning on January 6, 2020, before Judge William J. Martínez, United States District Judge. In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Findings of Fact and Conclusions of Law Entered Upon Trial On The Merits to The Court [ECF 470] entered by Judge William J. Martínez on May 20, 2020, and incorporated herein by reference, it is

ORDERED that judgment is hereby entered in favor of the Plaintiffs, Lorraine Ramos, Cherlene Goodale, Delri Hanson, Linda Heyrman, Karen McLeod, Robert Moffitt, and Constance Williamson on behalf of themselves and a class of those similarly situated defined as "All participants beneficiaries of Banner Health Employees 401(k) Plan from November 20, 2009 through the date of judgment, excluding the Defendants" and against the Defendants, Banner Health, Banner Health Board of Directors, Banner Health Retirement Plans Advisory Committee, Laren Bates, Wilford A. Cardon, Ronald J. Creasman, Gilbert Davila, Peter S. Fine, Susan B. Foote, Michael J. Frick, Michael Garnreiter, Barry A. Hendin, David Kikumoto, Larry S. Lazarus, Steven W. Lynn, Anne Mariucci, Quentin P. Smith, Jr., Christopher Volk, Cheryl Wenzinger,

Brenda Schaefer, Charles P. Lehn, Colleen Hallberg, Dan Weinman, Dennis Dahlen, Ed Niemann, Ed Oxford, Jeff Buehrle, Jennifer Sherwood, Julie Nunley, Margaret Dehaan, Patricia Block, Paulette Friday, Richard O. Sutton, Robert Lund, and Thomas R. Koelbl, on Counts I, III, and V. It is further

ORDERED that final judgment is hereby entered in favor of Defendants and against Plaintiffs as to Counts II and IV. It is further

ORDERED that Plaintiffs are entitled to losses in the amount of $1,661,879.83 on Count I and $687,589 on Count V. It is further

ORDERED that Defendants shall pay prejudgment interest at the fixed interest rate of 3.25%, with interest compounded monthly. As of the date of this judgment the prejudgment interest is $781,612.79 for a total award of losses and prejudgment interest to the Plaintiffs in the amount of $3,131,081.62. It is further

ORDERED that any party seeking an award of costs recoverable under Federal Rule of Civil Procedure 54(d)(1) and D.C.COLO.LCivR 54.1 shall file a Bill of Costs in the form required by, and according to the deadlines established in, D.C.COLO.LCivR 54.1.

This case will be closed.

Dated June 3, 2020, at Denver, Colorado.

FOR THE COURT:
Jeffrey P. Colwell, Clerk

By:   s/A. Frank
A. Frank, Deputy Clerk