FILED
United States Court of Appeals
Tenth Circuit

June 11, 2021

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

LORRAINE M. RAMOS; CONSTANCE R. WILLIAMSON; KAREN F. MCLEOD; ROBERT MOFFITT; CHERLENE M. GOODALE; LINDA ANN HEYRMAN; DELRI HANSON, individually and as representatives of a class of plan participants, on behalf of Banner Health Employees 401(k) Plan,

    Plaintiffs - Appellants,

v.

BANNER HEALTH; BANNER HEALTH BOARD OF DIRECTORS; BANNER HEALTH RETIREMENT PLANS ADVISORY COMMITTEE; LAREN BATES; WILFORD A. CARDON; RONALD J. CREASMAN; GILBERT DAVILA; PETER S. FINE; SUSAN B. FOOTE; MICHAEL J. FRICK; MICHAEL GARNREITER; BARRY A. HENDIN; DAVID KIKUMOTO; LARRY S. LAZARUS; STEVEN W. LYNN; ANNE MARIUCCI; QUENTIN P. SMITH, JR.; CHRISTOPHER VOLK; CHERYL WENZINGER; BRENDA SCHAEFER; CHARLES P. LEHN; COLLEEN HALLBERG; DAN WEINMAN; DENNIS DAHLEN; ED NIEMANN, JR.; ED OXFORD; JEFF BUEHRLE; JENNIFER SHERWOOD; JULIE NUNLEY; MARGARET DEHAAN; PATRICIA K. BLOCK; PAULETTE FRIDAY; RICHARD O. SUTTON; ROBERT LUND; THOMAS R. KOELBL,

    Defendants - Appellees.

No. 20-1231
(D.C. No. 1:15-CV-02556-WJM-NRN)
(D. Colo.)

_____

# JUDGMENT
_____

Before **TYMKOVICH**, Chief Judge, **KELLY**, and **PHILLIPS**, Circuit Judges.
_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

                                            Entered for the Court

                                            CHRISTOPHER M. WOLPERT, Clerk